FILED: July 18, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4537

(3:12-cr-00249-FDW-DCK-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

CHARLOTTE ELIZABETH GARNES, a/k/a Charlotte Elizabeth Carter

       Defendant - Appellant

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
|---|---|
| Originating Case Number | 3:12-cr-00249-FDW-DCK-1 |
| Date notice of appeal filed in originating court: | 07/16/2013 |
| Appellant (s) | Charlotte Garnes |
| Appellate Case Number | 13-4537 |
| Case Manager | Joy Hargett Moore<br>804-916-2702 |