FILED: November 13, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4537

(3:12-cr-00249-FDW-DCK-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

CHARLOTTE ELIZABETH GARNES, a/k/a Charlotte Elizabeth Carter

       Defendant - Appellant

_____

O R D E R

_____

    Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

    The court grants appellant leave to file a joint appendix not to exceed 1,200 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk